EDWARD J. QUINTAL et al., as Trustees in Bankruptcy of CONSOLIDATED FACTORS CORPORATION, Appellants, *v.* JESSE ADLER et al., Defendants, and HENRY H. LEON et al., Respondents.

(Argued January 23, 1934; decided February 27, 1934.)

*Hamilton A. Long, Abram I. Elkus* and *John W. Simpson II*, for appellant.

*Louis Martin Levy* and *Elwood G. Feldstein* for Ephraim Bass et al., respondents.

*David Haar* and *Daniel Lowenthal* for Henry H. Leon et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not voting: KELLOGG, J.